CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Esteban Ibarra** DOB: 2002; United States<br>**Angel Francisco Matas** DOB: 2001; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07299MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 10, 2021, in the District of Arizona, **Esteban Ibarra and Angel Francisco Matas**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Jose Lerin Ovando-Jimenez, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about June 10, 2021, in the District of Arizona, **Esteban Ibarra and Angel Francisco Matas**, knowing and in reckless disregard of the fact that certain illegal aliens, namely Jose Lerin Ovando-Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 10, 2021, in the District of Arizona (Douglas), the Douglas Tactical Operations Center broadcasted over the radio that a concerned citizen reported a suspected noncitizen in his property near Kings Highway and Double Adobe Road. A United States Border Patrol Agent (BPA) responded and while he was traveling north on Kings Highway, saw a black 2011 Ford Fucus parked on Kings Highway facing south. The vehicle slowly began to travel in a southern direction. The BPA saw the driver, later identified as **Esteban Ibarra**, staring at him with a nervous/agitated look on his face, turning his neck to get a better view of the BPA's vehicle. The BPA attempted to check if **Ibarra** needed assistant by waving his hand out of the window. The BPA then saw a front seat passenger, later identified as **Angel Francisco Matas**, and a rear passenger. **Ibarra** immediately sped away from the BPA, moving quickly southbound. The BPA turned around and activated his emergency equipment, but **Ibarra** failed to yield and then continued westbound on SR-80. The Focus reached speed of over 100 mph. The BPA was ordered to terminate the pursuit by a supervisor. A few minutes later, plain clothes BPAs located the vehicle in the alleyway near the intersection of West Fir Avenue and North Mckinley Street and had three subjects in custody: **Ibarra, Mata,** and Jose Lerin Ovando-Jimenez. Ovando admitted he was in the U.S. illegally. **Ibarra** said he had a pistol in a satchel that he was wearing around his body. BPA removed the satchel with the pistol from **Ibarra**. BPA also found a handgun in a holster around **Ibarra's** waistband.

Material witness Jose Lerin Ovando-Jimenez said he had arranged to be smuggled into the United States for money. Ovando admitted he crossed the U.S. border illegally and crossed SR-80. Ovando sent his location through WhatsApp to his smugglers. He received a call from a smuggler who told him he'll be pick up soon. He got into a black vehicle when the driver told him in Spanish to hurry up. Ovando identified **Ibarra** as the driver and **Matas** as the front passenger in a photo lineup. **Continued on back.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Jose Lerin Ovando-Jimenez | |
|---|---|
| Detention Requested<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacquelyn M. Rateau* | DATE<br>June 11, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

In a post-*Miranda* statement, **Matas** said that **Ibarra** picked him up at his house and told him that they had to go to Douglas and pick up people for an unknown amount of money. **Matas** said he took the gun just to have it ant that it belonges to his mother or grandmother.

In a post-*Miranda* statement, **Ibarra** said he drove to Douglas to pick up noncitizens with his friend **Matas**. He was told he was going to be paid $500 USD for every noncitizen transported to Tucson. **Ibarra** said he was going to split the $500 USD with his friend **Matas**. **Ibarra** said he did not stop to try to avoid being arrested by the BPA. **Matas** said he had the pistol for protection.